IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEAN BENTER,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　11-cv-564-wmc

ROBERT P. VANDEHEY, TINA and
KIM KOHN,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim for relief under federal law.

    /s/　　　　　　　　　　　　　　　　　6/26/2013
Peter Oppeneer, Clerk of Court　　　　　　　Date